IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JODY LEE MILES, | * | |
| Petitioner, | * | |
| v. | * | CIVIL ACTION NO. CCB 07-2135 |
| SIMON WAINWRIGHT, WARDEN, MCAC, et al., | * | |
| | * | |
| Respondents. | | |

\* \* \* \* \* \* \* \*

## SECOND JOINT STATUS REPORT

Pursuant to this Court's October 1, 2010, Order, Petitioner and Respondents, by undersigned counsel, file this Second Joint Status Report to inform the Court about the status of Petitioner Jody Lee Miles' efforts to complete exhaustion of state court remedies relevant to the stay and abeyance granted by this Court on March 2, 2008.

1. The procedural history and current posture of this capital federal habeas corpus petition has been set forth in a Joint Status Report filed with this Court on March 17, 2010. *See* Paper 13. In that Joint Status Report, the parties stated that the only remaining unresolved state court claim encompassed within Petitioner's request for a stay and abeyance of habeas corpus proceedings emanates from Petitioner's motion to correct an illegal sentence. Following the denial of Petitioner's motion to correct an illegal sentence by the Circuit Court for Queen Anne's County, Petitioner noted an appeal to the Court of Appeals of Maryland on January 10, 2008. Counsel for Petitioner and Respondents argued the merits of this appeal in the Court of Appeals on May 5, 2008. As of the date of that Joint Status

Report, and as of the date of this Second Joint Status Report, the Court of Appeals has not issued an opinion for that appeal.

2.  Consequently, the status of the State court proceedings is unchanged from when the parties' filed their Joint Status Report with this Court on March 17, 2010.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Robert W. Biddle, Esquire | James E. Williams, Esquire |
| Erika Alsid Short, Esquire | Assistant Attorney General |
| Counsel for Petitioner | Counsel for Respondents |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October, 2010, a copy of the foregoing Second Joint Status Report was filed with the Clerk of Court using the CM/ECF system and was served on counsel of record by electronic means.

/s/
JAMES E. WILLIAMS
Assistant Attorney General