

STATE OF MARYLAND

MARTIN O'MALLEY
GOVERNOR

**OFFICE OF THE PUBLIC DEFENDER**
SALISBURY DISTRICT COURT/MSC
201 BAPTIST STREET, SUITE 26
SALISBURY, MARYLAND 21801
*Ph. (410) 713-3400    Fax (410) 713-3410*
*Toll Free 1(877) 430-5187*

PAUL B. DEWOLFE
PUBLIC DEFENDER

CHARLES H. DORSEY, III
DEPUTY PUBLIC DEFENDER

JAMES P. MURRAY
DISTRICT PUBLIC DEFENDER

Monday, March 08, 2010

Robert Biddle, Esq.
Nathans & Biddle LLP
Sun Trust Building
120 East Baltimore Street
Suite 1800
Baltimore, Maryland 21202

Re: Jody Miles

Dear Bob:

Please find enclosed Norris Howard's report in Jody Miles case. I hope that you find this information helpful.

Please contact me if there is anything further that we can do. Mr. Howard's workload in somewhat more than staggering these days so I am not certain that he, or any of our investigators, will be available for any type of investigation requests for the foreseeable future.

Good luck with Mr. Miles case.

Sincerely,

Arch McFadden
Deputy Public Defender



PLAINTIFF'S EXHIBIT 3