

Public Defender System
Investigation Division

District #2

ATTORNEY WORK PRODUCT

# MEMO

Date:       March 8, 2010

To:         Arch McFadden

From:       Norris Howard

Subject:    Jody Lee Miles

---

Per your request, the search into the identity of one Charles Stevenson from Redden, Delaware continued, the results of which is summarized in this memo. Information supplied by Robert Biddle concerning one Charles J. Stevenson, DOB      /1938 was initially investigated. Based on information from the Office of Vital Statistics in Delaware this individual was a white male which did not fit the description provided, nor did any of his address or employment history fit.

Consequently, a physical search in the Redden, Delaware area was resumed where it was abandoned due to time constraints in 2008. Based on information obtained in 2008 attention to the area of Redden, West of Rt-113 was made as it was the historically African-American community in the area. Specifically residents living in homes appearing to have been built prior to 1990 were contacted along what is now known as Deer Forrest Road, a.k.a. Delaware Rd# 565, in the area known as Redden, a.k.a. Redden Crossroads, Sussex County, DE.

Page 1 of 4



PLAINTIFF'S EXHIBIT



Public Defender System
Investigation Division

District #2

ATTORNEY WORK PRODUCT

# MEMO

Jody Miles
Page 2 of 4

Contact was made with several persons that were life long residents of the area that eventually led to Wanda Stevenson                           Georgetown, DE
Ms. Stevenson was advised of my role in the case of Jody Miles, who she did not know by name, and was informed of my attempt to locate information concerning one Charles Stevenson who lived in the area in the past, worked for Millsboro Lumber in Millsboro, DE and used the nickname, "Brownie," that may have known or had contact with Mr. Miles in the Millsboro, DE area years ago.

Ms. Stevenson identified herself as the daughter of one Charles Edward Stevenson, Jr., DOB - 12/03/year uncertain, who died in 1991, and was in his sixties at his death. She confirmed he did in fact work for Millsboro Lumber Co. and was known by the nickname, "Brownie." She further stated he was an avid piano player. She said he lived in the Millsboro area on Rt-24 with one Juanita Hitchens in a trailer until her death before moving to the Redden area where he lived where she currently lives,

She said his father, Charles Edward Stevenson, Sr., worked for I.G. Burtons as a mechanic and died in 1983. She said his son, identified as Charles Revel Davis, also known as, "Little Charles," DOB - unknown, died prior to 1991.

The residence located                            is located approximately 8/10 of a mile west of Rt-113 along RD# 565 and is further described as an off white single story ranch style house with black shutters. It did not have a long driveway next to it, nor was there a merry-go-round apparatus located in front. Furthermore this residence location is on the opposite side of Rt-113 as described in the initial description provided this investigator in November 2007. (See attached photo and map information)



# MEMO

Jody Miles
Page 3 of 4

Contact was made with the Department of Elections for Sussex County in Georgetown, DE seeking information on Charles Edward Stevenson, Jr. with a partial DOB of Information supplied by the Elections System revealed a Charles E. Stevenson, DOB - ', formerly of RD 4 Box 494, E Redden RD, Georgetown, DE, who was purged from the system in 1991 with the reason listed as "Deceased." (Certified record attached.)

Contact was made with the Office of Vital Statistics for the State of Delaware and a written request made for a copy of the Death Certificate for Charles Edward Stevenson, DOB -            DOD -         As a result a copy (non-certified) of a Death Certificate was obtained for Charles E. Stevenson, Black male, born      ,927, died 03/29/1991, LKA of                              , DE. (Non-Certified record attached. Certified record available by mail with written request to: State of Delaware, Office of Vital Statistics, 544S. Bedford Street, Georgetown, DE 19947, along with a check for $25.00.)

Contact was made with the Superior Court for Sussex County, Georgetown, DE and a search conducted for criminal or civil matters on Charles E. Stevenson prior to his death in 1991. Available records back to 1959 were searched, however no cases were discovered.



Public Defender System
Investigation Division

District #2

ATTORNEY WORK PRODUCT

# MEMO

Jody Miles
Page 4 of 4

Contact was made with the Sussex County Land Records Office located at "2 On the Circle," Georgetown, DE and available land records concerning Charles E. Stevenson, Jr. searched. Historic records dating from as early as 1958 to as late as 1975 listed numerous land transactions for Mr. Stevenson, Jr. Historic address information contained in the records included the following:

    1958 - Georgetown Hundred (Wife - Clara Stevenson)
        Georgetown, DE

    1962 - Sussex County
        Delaware

    1967 - Rt-5
        Georgetown, DE

    1970 - R.D.# 5 (Lot/South side of RD# 565)
        Georgetown, DE
        Sussex County

    1975 - Rt - 5, Box 50
        Georgetown, DE

```
 03/05/10              STATE OF DELAWARE ELECTIONS SYSTEM            ELECTIONS
 08:18:35                       REGISTER VOTERS                      ELMV1401
                          VOTER TRANSACTION MAINTENANCE
 SSN: XXXXXXXXXXXXXXXXXX       VOTER ID: 100286812
 NAME STEVENSON                 ,    , CHARLES         , E
                               DOB     /27  FICHE           STATUS PURGED

 SL  CHG/DATE    ADDRESS / CITY              ZIP  ED RD ST P GENERAL PRIM/PRES
 1   PURGED                                       05 36 19 D
     06/28/91 GEORGETOWN
 2   ADD PURG                                     05 36 19 D   90    88
     06/28/91 GEORGETOWN
 3   VOTR-HIS                                     05 36 19 D   90    88
     02/09/91 GEORGETOWN
 4   ORIGINAL                                     05 36 19 D         88
     11/08/88 GEORGETOWN

       /  /
 END                    ENTER SELECTION:  __                               END


 Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
       HELP  RFRSH PREV                                                   MAIN
```

TO WHOM IT MAY CONCERN:

THE ABOVE VOTER WAS PURGED FROM THE FILES FOR THE SUSSEX COUNTY DEPARTMENT OF ELECTIONS ON JUNE 28, 1991.  REASON FOR PURGE:  DECEASED.  RECORD FOR CHARLES E. STEVENSON.

_____   4/5/10
JEAN M. TURNER, DEPUTY DIRECTOR
DEPARTMENT OF ELECTIONS FOR SUSSEX COUNTY


_____   4/5/10
NOTARY PUBLIC
STATE OF DELAWARE
SUSSEX COUNTY

```
03/05/10                STATE OF DELAWARE ELECTIONS SYSTEM              ELECTIONS
08:31:58                   VIEW QUICK REGISTER VOTERS                   ELMV1300

SSN: XXXXXXXXXXXXXXXXXXX  _ _    VOTER ID: 100286812  SRCH COUNTY: _  PHONETIC SRCH: _
LN: STEVENSON_____ SUFF: ___  FN: CHARLES_____  MI: E_____
DE LICENSE: _____ LAST 4 SSN: ____  CITIZEN: _
VALID SSN: Y  SSN REASON CD:
RESIDENCE  HOUSE/RD:                    STREET/CR  : E
           APT      :                   DEVELOPMENT:
           PO       : GEORGETOWN        ZIP        :

DOB:           27       BY MAIL:    TYPE ID:       POLL WORKER:
CITY CODE:              PARTY: D                   COUNTY: S
ED: 05 RD: 36           REG DATE: 10/00/88
CITY COUNCIL:           SENATE DIST:               COUNCIL DIST:

POLLING PLACE:                                     REASON: DEC
POLL ADDRESS :                                     EFFECTIVE DATE: 06/28/91
                                                   STATUS: DELETE
                                    -              STATUS DATE: 06/28/91
BALLOT NUMBER:
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      HELP  RFRSH PREV                                                    MAIN
```

# CERTIFICATE OF DEATH
## State of Delaware

OFFICE OF VITAL STATISTICS
DEPARTMENT OF HEALTH AND SOCIAL SERVICES
(107)

LOCAL REG NO. _____    STATE FILE NUMB _____

**DECEDENT**

1. DECEDENT'S NAME (FIRST, MIDDLE, LAST): Charles E. Stevenson Jr.
2. SEX: MALE
3. DATE OF DEATH (MO, DAY, YR): MARCH 29, 1991
4. SOCIAL SECURITY NO: _____
5A. AGE (YRS): 63
6. DATE OF BIRTH: _____
7. BIRTHPLACE: Georgetown, DE.
8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: NO
9. ANATOMICAL GIFT: NOT GRANTED
10A. PLACE OF DEATH: INPATIENT
10B. FACILITY NAME: MILFORD MEMORIAL HOSPITAL
10C. CITY, TOWN, OR LOCATION OF DEATH: MILFORD
10D. COUNTY OF DEATH: SUSSEX
11. MARITAL STATUS: Single
13A. DECEDENT'S USUAL OCCUPATION: Nutrition Assistant
13B. KIND OF BUSINESS/INDUSTRY: Community Act[ion]
14A. RESIDENCE - STATE: Delaware
14B. COUNTY: Sussex
14C. CITY, TOWN, OR LOCATION: Georgetown
14E. INSIDE CITY LIMITS?: No
15. WAS DECEDENT OF HISPANIC ORIGIN?: NO
16. RACE: Black
17. DECEDENT'S EDUCATION — COLLEGE (1-4 or 5+): 12

**PARENTS**

18. FATHER'S NAME: Charles E. Stevenson Sr.
19. MOTHER'S NAME: Mary Emily Hoxer

**INFORMANT**

20A. INFORMANT'S NAME: Howard Stevenson

**DISPOSITION**

21A. METHOD OF DISPOSITION: BURIAL
21B. PLACE OF DISPOSITION: Baptist Church Cemetary
21C. LOCATION: Georgetown, DE.
22B. LICENSE NUMBER: K1000367
23. NAME AND ADDRESS OF FACILITY: Young's Funeral Homes, Inc., 309 North St., Milford, DE 19963
25. DATE FILED: APR 2 1991

**PRONOUNCING PHYSICIAN ONLY**

27. TIME OF DEATH: 10:39 AM
28. DATE PRONOUNCED DEAD: MARCH 29, 1991
29. WAS CASE REFERRED TO MEDICAL EXAMINER?: NO

**CERTIFIER**

30A. CERTIFIER: PRONOUNCING AND CERTIFYING PHYSICIAN

32A. WAS AN AUTOPSY PERFORMED?: NO
33. MANNER OF DEATH: NATURAL

40. PART I
IMMEDIATE CAUSE (A): Stroke - hemorrhagic    APPROXIMATE INTERVAL: 1 hour







Georgetown, DE